[No. 5381.     Decided January 26, 1905.]

H. N. MARTIN, *Respondent*, v. JAMES FITZPATRICK, *Appellant*.[1]

Appeal from a judgment of the superior court for Lincoln county, Martin, J., entered June 18, 1904, upon findings in favor of the plaintiff, after a trial on the merits before the court without a jury. Affirmed.

*Myers & Warren*, for appellant.

*N. T. Oaton* and *Martin & Grant*, for respondent.

PER CURIAM.—Action for attorneys' fees. Judgment of $400. This is a case which involves only questions of fact, a recital of which would be of no public or general benefit or interest. From an examination of the testimony, we are satisfied that the findings made by the trial court were justified by the testimony, and that the conclusions of law and judgment legally follow from such findings.

The judgment is affirmed.

[1]Not yet reported in Pac. Rep.